GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
Email: nyleng@gtlaw.com
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

GREENBERG TRAURIG, LLP
ROBERT A. HOROWITZ (admitted *pro hac vice*)
Email: horowitzr@gtlaw.com
ROY TAUB (admitted *pro hac vice*)
Email: taubr@gtlaw.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Attorneys for Defendant
SKECHERS USA, INC. II

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND WEAR CORP., A New York Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SKECHERS USA, INC. II, A Delaware Corporation,<br><br>　　　　Defendant. | CASE NO. CV-10-479-JST (JCx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Complaint filed: 01/22/10<br>Judge: Hon. Josephine Staton Tucker |

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

Having read and considered the Stipulation Re Dismissal with Prejudice of Entire Action filed by the parties, the Court ORDERS that:

The above-captioned action (including the Complaint and First Amended Complaint) is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

DATED: June 17, 2011

**JOSEPHINE STATON TUCKER**
Hon. Josephine Staton Tucker